ACCEPTED
12-14-00336-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/14/2015 4:35:47 PM
Pam Estes
CLERK

# TOM RORIE

## ATTORNEY AT LAW

210 NORTH STREET
NACOGDOCHES, TEXAS 75961
PHONE 936/559-1188
FAX 936/559-0099
trorie@sbcglobal.net

RECEIVED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/14/2015 4:35:47 PM
PAM ESTES
Clerk

BOARD
CERTIFIED

CIVIL TRIAL LAW

**FILED**

9/14/2015

**Twelfth Court of Appeals
Pam Estes
Clerk**

September 14, 2015

Ms. Cathy S. Lusk
Clerk, Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, TX 75702

In Re: Cause No. 12-14-100336-CV; *Frederick Dawson Graham vs. Dena Marie Turner*;
In the Twelfth Court of Appeals

Dear Ms. Lusk:

I am filing with the court this letter citing additional authority on the issue of oral pre-marital agreements, to support Appellant's position that oral agreements by spouses made prior to marriage are disfavored by Texas law and against the public policy of the state. The additional authority is found in the Texas Family Code, as follows:

Texas Family Code § 4.02 that provides:

A premarital agreement must be in writing and signed by both parties. The agreement is enforceable without consideration.

and

Texas Family Code § 4.03(a)(1) that provides:

(a) The parties to a premarital agreement may contract with respect to:

(1) the rights and obligations of each of the parties in any of the property of either or both of them wherever and whenever acquired or located;

---

Marilou Smith, Legal Assistant
marilou816@sbcglobal.net

Tiffany Dawson, Legal Assistant
family.law@sbcglobal.net

Texas Family Code § 4.05 that provides:

> After marriage, a premarital agreement may be amended or revoked only by a written agreement signed by the parties. The amended agreement or the revocation is enforceable without consideration.

Thank you for your assistance in this matter. If you have any questions or comments, please feel free to contact me.

Sincerely,

Tom Rorie

TR/td

cc:     Mr. Jarett LaRochelle
        *(By efile)*

        Mr. Greg Smith
        *(By efile)*

        Mr. Frederick Graham
        *(By email)*